FILED BY _____ D.C.
05 JUL 27 AM 6: 51
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

05-2519  D V

|  |  |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. |
| MERCHANTS AND PLANTERS BANK | SECTION " " |
|  | MAG. ___ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

---

ORDER ON PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE* OF
LLOYD N. SHIELDS, DANIEL LUND, III, ELIZABETH L. GORDON,
AND STEPHEN D. MOREL

---

BEFORE THE COURT is the motion of Lloyd N. Shields, Daniel Lund, III, Elizabeth L. Gordon, and Stephen D. Morel, counsel for Great American Insurance Company, respectfully requesting that they be admitted *pro hac vice* to appear as counsel for plaintiff in the captioned matter.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



IT APPEARING TO THE COURT that the motion is well taken and should be granted;

IT IS HEREBY ORDERED that Lloyd N. Shields, Daniel Lund, III, Elizabeth L. Gordon, and Stephen D. Morel are admitted *pro hac vice* to appear as counsel for plaintiff, Great American Insurance Company, in the captioned matter.

UNITED STATES DISTRICT JUDGE

DATE) July 26, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02519 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Elizabeth L. Gordon
SHIELDS MOTT LUND, LLP
650 Poydras St.
Ste. 2400
New Orleans, LA 70130

Daniel Lund
SHIELDS MOTT LUND, LLP
650 Poydras St.
Ste. 2400
New Orleans, LA 70130

Stephen D. Morel
SHIELDS MOTT LUND, LLP
650 Poydras St.
Ste. 2400
New Orleans, LA 70130

Lloyd N. Shields
SHIELDS MOTT LUND, LLP
650 Poydras St.
Ste. 2400
New Orleans, LA 70130

Honorable Bernice Donald
US DISTRICT COURT